**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| Y.Y.O., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 1:20-CV-222-LAG-MSH |
| | : | 28 U.S.C. § 2241 |
| WILLIAM BARR, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner has applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1). Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondents electronically through CM/ECF. Respondents shall file their Return within three (3) days. *See* 28 U.S.C. § 2243. In their Return, Respondents shall specifically state the statutory basis for Petitioner's detention. Petitioner's failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 9th day of November, 2020.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE