**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| Y.Y.O., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CASE NO. 7:20-CV-224-WLS-MSH |
| | : 28 U.S.C. § 2241 |
| WILLIAM BARR, *et al.*, | : |
| | : |
| Respondents. | : |

_____

## ORDER

Petitioner has applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1). Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondents electronically through CM/ECF. Respondents shall file their Return within three (3) days. *See* 28 U.S.C. § 2243. In their Return, Respondents shall specifically state the statutory basis for Petitioner's detention. Petitioner's failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 9th day of November, 2020.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE