# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO.: 7:20-CV-00224 (WLS) |
| v. : | |
| : | |
| THOMAS GILES, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

On November 9, 2020, Plaintiff filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief (Doc. 1) and a Motion for Emergency Temporary Restraining Order. (Doc. 2.) Plaintiff requests "a temporary restraining order enjoining Defendants from deporting Plaintiff because doing so prior to her participation in federal investigations into Dr. Mahendra Amin would violate her First Amendment rights." (Doc. 2 at 14.) Plaintiff asserts that her deportation is expected to occur this week. (Doc. 2.)

The Court hereby sets a hearing on Plaintiff's Motion for Emergency Temporary Restraining Order (Doc. 2) for **Tuesday, November 10, 2020** at **3:00pm** in Albany.[1] However, the United States Attorney's Office has represented via email that Plaintiff is not expected to be deported this week. Accordingly, if defense counsel enters an appearance before Tuesday at 3:00pm, the hearing will be set for Friday, November 13, 2020 at 10:00am. Defendants **SHALL** file a response to the pending motion no later than **Thursday,**

---

[1] If Plaintiff's counsel believes he is the only attorney capable of adequately representing Plaintiff at the hearing, he shall inquire with the Clerk's Office regarding the restrictions related to COVID-19 and shall file a request to appear by telephone if appropriate.

1

**November 12, 2020**. Because no attorneys have entered an appearance for the Defendants, Plaintiff's counsel is **ORDERED** to notify opposing counsel of this Order. The undersigned will resolve this motion after reviewing any response briefs and hearing from the Parties.

    **SO ORDERED**, this 9th day of November 2020.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**