# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| KEYNIN JACKELIN REYES RAMIREZ,<br><br>*PETITIONER*,<br><br>V.<br><br>THOMAS GILES, et al..,<br><br>*RESPONDENTS*. | CASE NO.<br>7:20-CV-00:224<br><br><br>**CONSENT MOTION<br>TO REVISE<br>SCHEDULING ORDER** |

This Consent Motion to Revise Scheduling Order is entered into by and between Petitioner Keynin Jackelin Reyes Ramirez and the Defendants.

For the purposes of this Scheduling Stipulation, the term Defendants shall include all individuals sued in their official capacities as set forth in the Petition.

## RECITALS

Whereas on November 17, 2020, Petitioner filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief alleging retaliation, discrimination, and prior restraint in violation of the First and Fifth Amendments and seeking

1

protection as a witness in an ongoing federal investigation and release pending adjudication.

Whereas on November 17, 2020, Petitioner filed a Motion for a Temporary Restraining Order.

Whereas the U.S. Attorney's Office for the Middle District of Georgia was conflicted out of representing the Defendants in this case.

Whereas the U.S. Attorney's Office for the Southern District of Georgia entered a Notice of Appearance on behalf of the Defendants on November 17, 2020.

Whereas the Court set a hearing on Petitioner's Motion for a Temporary Restraining Order on November 20, 2020 at 10 a.m.

Whereas the Petitioner and Defendants are cooperating and conferring in good faith to allow the Parties additional time to potentially amend the pleadings and brief the issues prior to a TRO hearing.

NOW, THEREFORE, the Parties agree to the following terms and conditions:

1. Defendants and Petitioner request that this Court re-schedule the hearing on the Motion for Temporary Restraining Order set for November 20, 2020 for the week of November 30, 2020 or later.

2. Defendant will not remove Petitioner from the United States until the hearing on the Motion for Temporary Restraining Order is heard, and will comply with the results of any such Order once issued. Specifically, the Petitioner

will not be removed from the United States until the hearing on the Motion for Temporary Restraining Order is held or later.

3. The Parties stipulate that the Defendants are served in satisfaction of Federal Rules of Civil Procedures.

4. Pending approval from the Court, the Parties agree that the Petitioner may file an Amended Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief on or before November 22, 2020.

5. Pending approval from the Court, the Parties agree that the Defendants may file a detailed Response to the Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief (ECF No. 1) or an Amended Petition for Writ of Habeas Corpus and Declaratory Injunctive Relief (yet to be filed) and to the Motion for Temporary Restraining Order (ECF Nos. 2 and 9) on or before November 25, 2020.

6. Pending approval from the Court, the Parties agree that the Petitioner may file a Reply on or before December 1, 2020.

7. The Parties jointly seek to leave of the Court to continue the hearing on the Petitioner's Motion for a Temporary Restraining Order, and any other pending motions, until the week of December 1, 2020, or later, at a date and time to be set by the Court.

Respectfully submitted, this 19th day of November 2020,


/s/ David N. Dreyer
David N. Dreyer,
GA Bar No. 411322
Michael T. Sterling*
GA Bar No. 745667
Dreyer Sterling LLC
437 Memorial Dr., SE, Ste. A-2
Atlanta, GA 30312
Tel: (404) 234-4447
david@dreyersterling.com


Sarah Sherman-Stokes,* MA Bar No. 682322
Boston University Immigrants' Rights Clinic
197 Friend St., Fl. 2
Boston, MA 02114
Tel: (617) 480-9220
Sstokes@bu.edu

*Counsel for Plaintiff*

*Application for admission pro hac vice forthcoming

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Jason W. Blanchard
Jason W. Blanchard
Assistant United States Attorney
Southern District of Georgia
Georgia Bar No. 105620
Jason.blanchard@usdoj.gov

/s/ *Shannon Heath Statkus*
Shannon Heath Statkus
Civil Chief
Assistant United States Attorney
South Carolina Bar No. 70410
Shannon.statkus@usdoj.gov
Post Office Box 2017
Augusta, GA 30903
(706) 724-0517

*Counsel for Defendants.*

SO ORDERED this 19th day of November, 2020.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served this Scheduling Stipulation upon all parties in this matter by electronic service through the PACER ECF service.

This 19th day of November, 2020.

DREYER STERLING, LLC

/s/ David N. Dreyer
**David N. Dreyer**
Georgia Bar No. 411322
david@dreyersterling.com
437 Memorial Drive SE
Suite A2
Atlanta, Georgia 30312
(404) 234-4447