UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, KEYNIN JACKELINE REYES RAMIREZ, ANA ADAN CAJIGAL,<br>    Petitioners,<br><br>v.<br><br>KENNETH T. CUCCINELLI, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; THOMAS P. GILES, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE ATLANTA FIELD OFFICE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; WILLIAM BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF JUSTICE; CHAD WOLF, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY.<br><br>    Respondents. | CASE NO.: 7:20-cv-224-WLS-MSH |

1

## MOTION TO FILE CONSOLIDATED BRIEF IN RESPONSE TO PETITIONER'S MOTIONS FOR TRO IN EXCESS OF ALLOWABLE TWENTY PAGES

Pursuant to Local Rule 7.4, Respondents move the Court for leave to exceed the twenty (20) page limitation for its consolidated responsive brief to Petitioners' Motions for Temporary Restraining Order and supplemental briefing. Respondents request leave to file up to forty (40) additional pages. This consolidated case, which encompasses the Petitions for Writ of Habeas Corpus and related Motions for TRO of three Petitioners, involves complex legal issues and extensive briefing. Respondents need additional pages to provide a comprehensive factual and legal response for the Court's consideration as it relates to the claims asserted by Petitioner Yanira Oldaker (originally filed as 7:20-cv-224), Petitioner Keynin Jackelin Reyes Ramirez (originally filed as 7:20-cv-231), and Petitioner Ana Adan Cajigal (originally filed as 7:20-cv-237).

Respectfully submitted, this 20th day of November, 2020.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ *Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Southern District of Georgia
Georgia Bar No. 105620
Jason.blanchard@usdoj.gov

*/s/ Shannon H. Statkus*
Shannon Heath Statkus
Civil Chief
Assistant United States Attorney
Southern District of Georgia
South Carolina Bar No. 70410
Shannon.statkus@usdoj.gov
Post Office Box 2017
Augusta, GA 30903
(706) 724-0517

SO ORDERED this 23rd day of November, 2020.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed the Respondent's Return with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following Attorneys for the Petitioner:

Elora Mukherjee
Michael Todd Sterling
David N. Dreyer
Tracey Klinke
Sarah Sherman-Stokes

/s/ *Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Southern District of Georgia
Georgia Bar No. 105620
Jason.blanchard@usdoj.gov