IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : | |
| : | |
| Petitioners, : | |
| : | CASE NO.: 7:20-CV-00224 (WLS) |
| v. : | |
| : | |
| THOMAS GILES, *et al.*, : | |
| : | |
| Respondents. : | |
| : | |

## ORDER

Before the Court is the Petitioners' "Emergency Motion to Grant Revised Consent Order as Agreed to by the Parties," filed today on November 25, 2020. (Doc. 44.) Yesterday, on November 24, 2020, the Parties jointly filed a Consent Motion to Revise the Scheduling Order, to extend the briefing deadlines on the pending and forthcoming motions for a temporary restraining order (the "TRO motions") through January 21, 2021 and to continue the hearing on the motions until after that date. (Doc. 39.) The consent motion further stated that the Respondents would not deport the current and forthcoming petitioners until the TRO motions were heard after January 21, 2021. *Id.* at 5. Upon receipt of the consent motion yesterday, the Court reviewed it, approved it, and signed it. The only reason the order granting that motion was not filed this morning was because of an email received from Respondents' counsel this morning asking the Court not to grant the motion because the highest levels of ICE had not agreed to it.

The Court finds good cause to grant the consent motion. It was entered into and filed jointly by all Parties of their own volition, and, notwithstanding Respondents' belated email, no showing has been made on the record or otherwise why the Court should not enforce the Parties' own agreement. By stipulating to the motion, Respondents' counsel represented that it was acting with Respondents' consent. Indeed, the Court has already approved the consent motion, and filing it is only ministerial at this point.

Moreover, the consent motion would extend the deadline for Respondents to file a consolidated response to the TRO motions, which was otherwise due yesterday as to Petitioners Oldaker and Adan-Cajigal and is due today (at the latest) as to Petitioner Ramirez. (*See* Docs. 16, 27, 28, & 35.) Because Respondents did not file a response to Oldaker's or Adan-Cajigal's TRO motions yesterday, and now ask the Court not to extend their briefing deadlines, these TRO motions are essentially unopposed.

For the reasons stated herein and for good cause shown, Petitioners' motion to grant the consent motion (Doc. 44) is **GRANTED**. The previously-signed consent motion will be granted by separate order. All Parties to the consent motion **SHALL** comply with the terms of the consent motion, including the stipulation not to deport petitioners pending the Court's resolution of the TRO motions, unless and until a withdrawal of or revision to the consent motion is formally requested and approved by the Court.

**SO ORDERED**, this 25th day of November 2020.

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT