# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, KEYNIN JACKELINE REYES RAMIREZ, ANA ADAN CAJIGAL, MBETI NDONGA, | CONSOLIDATED CASE NO. 7:20-CV-00224-WLS-MSH |
| *PETITIONERS*, | |
| V. | |
| THOMAS P. GILES, THE ACTING DIRECTOR OF THE ATLANTA FIELD OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, THE ACTING SECRETARY OF HOMELAND SECURITY; WILLIAM BARR, THE U.S. ATTORNEY GENERAL; TONY H. PHAM, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID PAULK, WARDEN OF THE IRWIN COUNTY DETENTION CENTER; HENRY LUCERO, THE EXECUTIVE ASSOCIATION DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS OF IMMIGRATION AND CUSTOMS ENFORCEMENT; PATRICK MUSANTE, THE ASSISTANT FIELD OFFICE DIRECTOR OF THE ATLANTA FIELD OFFICE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; IMMIGRATION AND CUSTOMS ENFORCEMENT; AND DEPARTMENT OF JUSTICE. | **CONSENT MOTION TO REVISE SCHEDULING ORDER** |
| *RESPONDENTS.* | |

## CONSENT MOTION TO REVISE SCHEDULING ORDER

This Consent Motion to Revise Scheduling Order is entered into by and between Petitioners Yanira Yessenia Oldaker, Keynin Jackeline Reyes Ramirez, Ana Adan Cajigal, Mbeti Ndonga, and the Respondents.

For the purposes of this Consent Motion to Revise Scheduling Order, the term Respondents shall include the following individuals and agencies: Thomas P. Giles, the Acting Director of the Atlanta Field Office of Immigration and Customs Enforcement; Chad Wolf, the Acting Secretary of Homeland Security; William Barr, the U.S. Attorney General; Tony H. Pham, Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; David Paulk, Warden of the Irwin County Detention Center; Henry Lucero, the Executive Associate Director of Enforcement and Removal Operations of Immigration and Customs Enforcement; Patrick Musante, the Assistant Field Office Director of the Atlanta Field Office of U.S. Immigration and Customs Enforcement; Immigration and Customs Enforcement; Department of Justice; and Department of Justice.

## RECITALS

Whereas on November 9, 2020, Petitioner Yanira Yessenia Oldaker filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief alleging retaliation, discrimination, and prior restraint in violation of the First and Fifth

Amendments and seeking protection as a witness in an ongoing federal investigation and release pending adjudication (originally filed at 7:20-cv-224).

Whereas on November 16, 2020, Petitioner Keynin Jackelin Reyes Ramirez filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief alleging retaliation, discrimination, and prior restraint in violation of the First and Fifth Amendments and seeking protection as a witness in an ongoing federal investigation and release pending adjudication (originally filed at 7:20-cv-231).

Whereas on November 17, 2020, Petitioner Ana Adan Cajigal filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief alleging retaliation, discrimination, and prior restraint in violation of the First and Fifth Amendments and seeking protection as a witness in an ongoing federal investigation and release pending adjudication (originally filed at 7:20-cv-237).

Whereas on November 23, 2020, Petitioner Mbeti Ndonga filed a Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief alleging retaliation, discrimination, and prior restraint in violation of the First and Fifth Amendments and seeking protection as a witness in an ongoing federal investigation and release pending adjudication (originally filed at 7:20-cv-224).

Whereas Petitioners Oldaker, Reyes Ramirez, and Cajigal filed pending Motions for Temporary Restraining Orders.

Whereas Petitioner Ndonga intends to file a Motion for Temporary Restraining Order.

Whereas the U.S. Attorney's Office for the Middle District of Georgia was conflicted out of representing the Respondents in this case.

Whereas the U.S. Attorney's Office for the Southern District of Georgia entered Notices of Appearance on behalf of the Respondents.

Whereas the Court consolidated the Petitioners' cases by Order dated November 18, 2020. *See* Docket No. 13, 7:20-cv-231.

Whereas the Court set a hearing on the pending Motions for Temporary Restraining Orders in Petitioners' consolidated cases on December 2, 2020 at 10 a.m.

Whereas the pending Petitions for Writs of Habeas Corpus and related Motions for Temporary Restraining Orders involve complex legal issues and require extensive briefing.

Whereas Petitioners' counsel anticipate that additional individuals detained at the Irwin County Detention Center will file Petitions for Writs of Habeas Corpus and related Motions for Temporary Restraining Orders based on substantially similar factual allegations as the Petitioners.

Whereas the Parties do not wish to unduly burden this honorable Court.

Whereas the Parties seek to promote judicial economy;

Whereas the Parties are cooperating and conferring in good faith in an effort to reach a settlement in this case.

Whereas the Parties believe that additional time would benefit settlement negotiations.

NOW, THEREFORE, the Parties agree to the following terms and conditions:

1. The Parties stipulate that the Respondents are served in satisfaction of the Federal Rules of Civil Procedures.

2. On or before December 1, 2020, undersigned counsel for the Petitioners will notify undersigned counsel for the Respondents of all the individuals detained at the Irwin County Detention Center who they know of, who wish to file Petitions for Writs of Habeas Corpus and related Motions for Temporary Restraining Orders based on substantially similar factual allegations as those raised by Petitioners.

3. Respondents will not remove Petitioners or any individuals named pursuant to the aforementioned paragraph from the United States until the Court holds a hearing on Petitioners' Motions for Temporary Restraining Orders and issues an Order on Petitioners' Motions for Temporary Restraining Orders. Specifically, the Petitioners and any individuals named pursuant to the aforementioned paragraph shall remain in the United States until the hearing on the Petitioners' Motions for Temporary Restraining Orders is held or later.

4. Pending approval from the Court, Petitioners shall file on or before December 21, 2020, a Consolidated Petition for Writ of Habeas Corpus and related Consolidated Motion for Temporary Restraining Order for all individuals at the Irwin County Detention Center whose cases are based on substantially similar factual allegations as the Petitioners.

5. Pending approval from the Court, Respondents shall file their Response brief on or before January 7, 2021.

6. Pending approval from the Court, Petitioners shall file their Reply brief on or before January 21, 2021.

7. The Parties jointly seek leave of the Court to continue the hearing on the Petitioners' pending Motions for Temporary Restraining Orders, and any other pending motions, until after the week of January 21, 2021, at a date and time to be set by the Court.

8. Throughout the time this Consent Motion to Revise Scheduling Order is in effect, the Parties will continue to cooperate and confer in good faith in an effort to reach a settlement in this case.

Respectfully submitted, this 24th day of November 2020,

/s/ Elora Mukherjee
Elora Mukherjee

NY Bar No. 4427233
Morningside Heights Legal Services, Inc.
435 West 116th Street, Room 831
New York, NY 10027
Tel: (203) 668-2639
emukherjee@law.columbia.edu

David N. Dreyer,
GA Bar No. 411322
Michael T. Sterling
GA Bar No. 745667
Dreyer Sterling LLC
437 Memorial Dr., SE, Ste. A-2
Atlanta, GA 30312
Tel: (404) 234-4447
david@dreyersterling.com

Sarah Sherman-Stokes*
197 Friend Street, Floor 2
Boston, MA 02114
Tel: (617) 358-6272
sstokes@bu.edu

Tracie L. Klinke
320 Cherokee Street NE, Suite C
Marietta, GA 30060
Tel: (678) 713-4255
tracie@klinkeimmigration.com

Sheila Velez Martinez*
P.O. Box 7226
Pittsburgh, PA 15213
Tel: (412) 383-9897
siv7@pitt.edu

*Counsel for Petitioners*

\* *Application for admission pro hac vice forthcoming*

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ *Jason W. Blanchard*
Jason W. Blanchard
Assistant United States Attorney
Southern District of Georgia
Georgia Bar No. 105620
Jason.blanchard@usdoj.gov


/s/ *Shannon H. Statkus*
Shannon Heath Statkus
Civil Chief
Assistant United States Attorney
Southern District of Georgia
South Carolina Bar No. 70410
Shannon.statkus@usdoj.gov
Post Office Box 2017
Augusta, GA 30903
(706) 724-0517

*Counsel for Respondents*

SO ORDERED this 24th day of November, 2020

W. Louis Sands, Sr. Judge
United States District Court