**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

YANIRA YESENIA OLDAKER, *et al.*,      :
                                      :
           Petitioners,      :
                                        :      CASE NO.: 7:20-CV-00224 (WLS)
v.      :
                                        :
THOMAS GILES, *et al.*,      :
                                        :
           Respondents.      :
_____      :

## ORDER

Respondents have filed a Motion for Reconsideration of the Order granting the Parties' consent motion to extend deadlines, and an amended motion thereto. (Docs. 47 & 48.) Because of the time-sensitive nature of the motions, Petitioners are **ORDERD** to respond no later than **Thursday, December 17, 2020**.


      **SO ORDERED**, this <u>10th</u> day of December 2020.

                                   **/s/ W. Louis Sands**
                                   **W. LOUIS SANDS, SR. JUDGE**
                                   **UNITED STATES DISTRICT COURT**