# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, | : | |
| Petitioners-Plaintiffs, | : | |
| | : | CASE NO.: 7:20-CV-00224 (WLS) |
| v. | : | |
| THOMAS GILES, *et al.*, | : | |
| Respondents-Defendants. | : | |

## ORDER

Before the Court is a "Consent Motion for Extension of Time to Respond to Amended Complaint and Motion for TRO," filed on January 6, 2021 by counsel for the federal Respondents-Defendants sued in their official capacities.[1] (Doc. 74.) The motion is filed with the consent of the Petitioners-Plaintiffs and Defendant Dr. Amin. *Id.* Therein, the aforementioned Parties agree to extend the time for briefing the Amended Petition (Doc. 54) and Amended Motion for Temporary Restraining Order ("the TRO motion") by three weeks, and to continue the hearing on the TRO motion to the week of February 18, 2021 or thereafter. The motion does not contain the reason that an extension and continuance are sought; however, counsel for the federal Respondents-Defendants have informed the Court via email that their office was recused from the defense of this case.

Accordingly, for good cause, the consent motion to extend (Doc. 74) is **GRANTED**. Respondents-Defendants' response to the Amended Petition (Doc. 54) and Amended TRO motion (Doc. 56) is due **no later than Thursday, January 28, 2021**. Petitioners-Plaintiffs'

---

[1] Although the motion is not filed on behalf of Defendants who have yet to appear in this case or federal Defendants in their individual capacities, the Court finds it appropriate to extend the deadlines as to all Parties.

1

2

reply thereto is due no later than **Thursday, February 11, 2021**. The hearing on the TRO motion is **CONTINUED** and will be set separately.

    **SO ORDERED**, this 7th day of January 2021.

                                     **/s/ W. Louis Sands**
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**