# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| YANIRA YESENIA OLDAKER, et al., ) | |
| ) | |
| *Petitioners-Plaintiffs* ) | Case No. 7:20-cv-00224-WLS-MSH |
| ) | |
| v. ) | |
| ) | |
| THOMAS P. GILES, et al. ) | |
| ) | |
| *Respondents-Defendants.* ) | |

## CONSENT MOTION TO BE EXCUSED FROM ATTENDING HEARING

Undersigned counsel for Defendant Mahendra Amin, M.D., hereby files this consent motion to be excused from attending the TRO motion hearing currently scheduled for February 24, 2021. In support of this motion, undersigned counsel states as follows:

1. The relief that Plaintiffs/Petitioners seek in the pending motion for a TRO affects the federal defendants only, and not Dr. Amin.

2. Dr. Amin does not take a position on the relief sought in Plaintiffs/Petitioners' motion for a TRO.

3. Defendant's counsel has conferred with counsel for Plaintiffs/Petitioners and is authorized to represent that they consent to the requested relief.

WHEREFORE, undersigned counsel for Dr. Amin respectfully to be excused from attending the February 24th hearing.

**[SIGNATURE ON NEXT PAGE]**

Respectfully submitted, this 12th day of January, 2021.

/s/ Scott R. Grubman
Scott R. Grubman (GA 317011)

CHILIVIS, GRUBMAN, DALBEY & WARNER LLP
3127 Maple Drive, NE
Atlanta, GA 30305
(t) (404) 233-4171
(f) (404) 261-2842
sgrubman@cglawfirm.com

*Counsel for Defendant Mahendra Amin, M.D.*

SO ORDERED this 13th day of January, 2021.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I certify that on January 12, 2021, I filed the foregoing **Consent Motion to be Excused from Attending Hearing** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ *Scott R. Grubman*
Scott R. Grubman (GA 317011)

CHILIVIS, GRUBMAN, DALBEY & WARNER LLP
3127 Maple Drive, NE
Atlanta, GA 30305
(t) (404) 233-4171
(f) (404) 261-2842
sgrubman@cglawfirm.com

3