IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : <br> : <br> Petitioners-Plaintiffs, : <br> : CASE NO.: 7:20-CV-00224 (WLS) <br> : <br> v. : <br> : <br> THOMAS GILES, *et al.*, : <br> : <br> Respondents-Defendants. : | |

### ORDER

Federal Respondents in their official capacities moved to stay this case for 90 days, noting that Petitioners oppose the motion to stay and asking that the motion to stay be heard at the hearing on March 16, 2021. (Doc. 105 ¶¶ 4, 7.) Among other things, the Court ordered that Petitioners respond (Doc. 108), and Petitioners have responded that they consent to a stay of the entire case, including the pending motions for a temporary restraining order ("TRO") and the scheduled hearing, as long as Respondents adhere to the consent order not to remove Petitioners until the TRO motions are resolved. (Doc. 110.)

The Federal Respondents are ordered to file a reply thereto **no later than Thursday, March 11, 2021**.

**SO ORDERED**, this 4th day of March 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1