IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : | |
| : | |
| Petitioners-Plaintiffs, : | |
| : | CASE NO.: 7:20-CV-00224 (WLS) |
| : | |
| v. : | |
| : | |
| THOMAS GILES, *et al.*, : | |
| : | |
| Respondents-Defendants. : | |

## ORDER

Before the Court are three motions regarding proposed amici curiae briefs. Certain immigration law scholars and women's rights organizations move for leave to file amici curiae briefs in support of the Petitioners' pending motion for temporary restraining order and petition for writs of habeas corpus. (Docs. 114 & 116.) The amici for the first brief represent that the Federal Respondents and Dr. Amin do not oppose the filing of the brief, and the amici for the second brief represent that the Federal Respondents and Petitioners do not oppose the filing of the brief. Finding that the briefs may provide information helpful to the Court's resolution of pending matters, the motions to file amici briefs (Docs. 114 & 116) are **GRANTED**. The Clerk's Office is **DIRECTED** to file the proposed briefs (Docs. 114-1 & 116-1) as amici curiae briefs on the record.

A third motion is for extension of time to file an amicus brief by March 10, 2021, which has been filed by the American College of Obstetricians and Gynecologists ("ACOG"). (Doc. 128.) The motion is **GRANTED**. ACOG may move for leave to file their amicus brief **no later than March 10, 2021**.

**SO ORDERED**, this 9th day of March 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1