IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, :<br>  :<br>Petitioners-Plaintiffs, :<br>  :<br>v. :<br>  :<br>TAE D. JOHNSON, *et al.*, :<br>  :<br>Respondents-Defendants. :<br>  : | CASE NO.: 7:20-CV-00224 (WLS) |

## ORDER

Because this case was filed as a petition for writ of habeas corpus, it was referred to a U.S. Magistrate Judge consistent with this Court's rules and practices. Since then, a 160-page "Consolidated Amended Petition for Writ of Habeas Corpus and Class Action Complaint for Declaratory and Injunctive Relief and for Damages" was filed naming thirteen Petitioners-Plaintiffs. (Doc. 54.) Thus, this action is a hybrid habeas corpus/civil action that is properly resolved in the first instance by the undersigned district court judge. Furthermore, Petitioners-Plaintiffs have now paid the $402 filing fee. (*See* docket.) Accordingly, the Clerk of Court is **DIRECTED** to unrefer this case and its motions from Judge Hyles and submit all pending motions to the undersigned judge. The Court retains the authority to refer appropriate matters to the magistrate judge for a report and recommendation.

**SO ORDERED**, this 2nd day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**