**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : <br> : <br> Petitioners-Plaintiffs, : <br> : CASE NO.: 7:20-CV-00224 (WLS) <br> v. : <br> : <br> TAE D. JOHNSON, *et al.*, : <br> : <br> Respondents-Defendants. : <br> : | |

## ORDER

Previously, the Court granted a Motion to Stay this case for 90 days, filed by the federal Respondents proceeding in their official capacities (the "Federal Respondents") and ordered that the Federal Respondents update the Court as to whether an extension of the stay was necessary. (Doc. 168.) The Federal Respondents timely filed a Status Report, explaining that investigations into the alleged misconduct is expected to continue for several additional months and requesting an extension of the stay of this case until January 7, 2022. (Doc. 172.)

Any Parties who wish to object to the requested extension of the stay **SHALL** file an objection **no later than Friday, October 1, 2021**.

**SO ORDERED**, this 27th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**