IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*,<br><br>     Petitioners-Plaintiffs,<br><br>v.<br><br>TAE D. JOHNSON, *et al.*,<br><br>     Respondents-Defendants. | :<br>:<br>:<br>:  CASE NO.: 7:20-CV-00224 (WLS)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Previously, the Court granted a Motion to Stay this case for 90 days, filed by the federal Respondents proceeding in their official capacities (the "Federal Respondents") and ordered that the Federal Respondents update the Court as to whether an extension of the stay was necessary. (Doc. 168.) The Federal Respondents timely filed a Status Report, explaining that investigations into the alleged misconduct is expected to continue for several additional months and requesting an extension of the stay of this case until January 7, 2022. (Doc. 172.) The Court ordered that any Parties who wish to object to the requested extension of the stay do so by October 1, 2021. (Doc. 176.) The sole response was filed by the Petitioners who stated that they do not oppose the requested stay.

Accordingly, for good shown in requesting an extension of the stay and for the reasons stated by the Federal Respondents, this case and all pending deadlines are hereby **STAYED** until **Friday, January 7, 2022**, unless otherwise ordered by the Court. By the same date, the Federal Respondents **SHALL** file a status report and, if applicable, shall explain the appropriateness of an extension of the stay.

**SO ORDERED**, this 5th day of October 2021.

      /s/ W. Louis Sands
      **W. LOUIS SANDS, SR. JUDGE**
      **UNITED STATES DISTRICT COURT**