## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : <br> : <br> Petitioners-Plaintiffs, : <br> : <br> v. : <br> : <br> TAE D. JOHNSON, *et al.*, : <br> : <br> Respondents-Defendants. : <br> : | CASE NO.: 7:20-CV-00224 (WLS) |

## ORDER

In compliance with the Court's prior order granting of an extension of the stay in this case (Doc. 178), the federal Respondents proceeding in their official capacities (the "Federal Respondents") have a filed a new status report stating that investigations into the alleged misconduct is expected to continue for several additional months and requesting an extension of the stay of this case until April 7, 2022. (Doc. 179.) They have attached documents and declarations signed under penalty of perjury in support of their request, including a declaration affirming that Petitioners are undetained and not under an imminent threat of removal. (*E.g.*, Doc. 179-4.)

Accordingly, any objection to the requested extension of the stay must be filed **no later than Friday, January 14, 2022**. Otherwise, the stay of this case will be extended.

**SO ORDERED**, this 10th day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1