IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : | |
| : | |
| Petitioners-Plaintiffs, : | |
| : | CASE NO.: 7:20-CV-00224 (WLS) |
| v. : | |
| : | |
| TAE D. JOHNSON, *et al.*, : | |
| : | |
| Respondents-Defendants. : | |
| : | |

**ORDER**

Before the Court is a "Motion to Set Response Deadline," filed by Respondent Dr. Amin on January 12, 2022. (Doc. 181.)

As background, the federal Respondents proceeding in their official capacities (the "Federal Respondents") have a filed a status report stating that investigations into the alleged misconduct is expected to continue for several additional months and requesting an extension of the stay of this case from January 7, 2022 until April 7, 2022. (Doc. 179.) Objections to their request are due by January 14, 2022. (Doc. 180.) Pursuant to a motion previously filed by Dr. Amin (Doc. 169), Dr. Amin's response to the Amended Complaint and Motion to Seal are due no later than seven days after the Court lifts the stay in this case. (Doc. 170.) The Court has not lifted the stay in this case, but Dr. Amin "requests an order clarifying his deadlines to respond to the Complaint and the Motion to Seal" and further asks for fourteen days after the stay is lifted to respond to the Complaint and the Motion to Seal. (Doc. 181 at 2.)

Dr. Amin's Motion to Set Response Deadline (Doc. 181) is **GRANTED**. Unless otherwise ordered by the Court, Dr. Amin's responses to the Complaint (Doc. 54) and the

Motion to Seal (Doc. 55) are due **no later than fourteen days after the Court lifts the stay in this case**. Furthermore, unless and until the Court issues an order lifting the stay, the stay is effectively extended and Dr. Amin's fourteen days to respond will not be triggered.[1]

    **SO ORDERED**, this 13th day of January 2022.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**

---

[1] As previously ordered, "[t]he Court will reset any currently pending deadlines [*e.g.*, Doc. 165] as appropriate after the stay is terminated." (Doc. 168 at 2.)