IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : <br> : <br> Petitioners-Plaintiffs, : <br> : <br> v. : <br> : <br> TAE D. JOHNSON, *et al.*, : <br> : <br> Respondents-Defendants. : <br> : | CASE NO.: 7:20-CV-00224 (WLS) |

## ORDER

The federal Respondents proceeding in their official capacities (the "Federal Respondents") have filed a status report stating that investigations into the alleged misconduct is expected to continue for several additional months and requesting an extension of the stay of this case until April 7, 2022. (Doc. 179.) The Court ordered that any objection to the requested extension of the stay be filed no later than Friday, January 14, 2022. (Doc. 180.) Petitioners-Plaintiffs have now timely filed an "Opposition to Extension of Stay," requesting to amend their Amended Consolidated Complaint (Doc. 54) to add a new claim, to allow briefing and resolution of the Hospital Authority of Irwin County's Motion to Dismiss (Doc. 165), and to allow for some discovery. (Doc. 183.)

Any reply brief to the Petitioners-Plaintiff's Opposition shall be filed **no later than Friday, January 28, 2022**.

**SO ORDERED**, this 19th day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1