**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, | : |
| Petitioners-Plaintiffs, | : |
| | : CASE NO.: 7:20-CV-00224 (WLS) |
| v. | : |
| TAE D. JOHNSON, *et al.*, | : |
| Respondents-Defendants. | : |

## ORDER

Petitioners-Plaintiffs have filed a Motion to Amend their Consolidated Amended Petition and Complaint. (Doc. 189.) The Court hereby clarifies that Defendants-Respondents may respond thereto **no later than Tuesday, March 15, 2022**. Petitioners-Plaintiffs may reply within fourteen days of the responses being filed. All other instructions in the Court's prior Order (Doc. 187) remain.

**SO ORDERED**, this 24th day of February 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**