## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

YANIRA YESENIA OLDAKER, *et al.*,

     *Petitioners,*

v.

                    Case No.: 7:20-cv-00224-WLS-MSH

THOMAS P. GILES, *et al.,*

     *Respondents.*

## ORDER GRANTING MOTION TO FILE
## CONSOLIDATED REPLY BRIEF

Upon consideration of Plaintiffs-Petitioners' unopposed Motion, and good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs shall be permitted to file a single, consolidated reply brief of no more than twenty pages in support of their motion for leave to amend the First Amended Complaint.

SO ORDERED, this 2ᵗʰ day of Mar 2022.

                           **W. LOUIS SANDS, SR. JUDGE**
                           **UNITED STATES DISTRICT COURT**