IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> THOMAS P. GILES, *et al.*, : <br> : <br> **Defendants.** : <br> _____ : | CASE NO: 7:20-cv-224 (WLS) |

**ORDER**

Before the Court is the Joint Motion to Set Briefing Schedule (Doc. 221) ("Joint Motion") filed on behalf of Plaintiffs and Defendants Thomas Giles, Cesar Ciprian, Ana Rivera, Patrick Musante, LaSalle Southeast LLC, David Paulk, Mahendra Amin, Irwin County Detention Center, Hospital Authority of Irwin County, and the Federal Defendants sued in their official capacity (collectively "Responding Defendants"[1]). On December 1, 2022, the Plaintiffs filed their Consolidated Second Amended Class Action Complaint for Declaratory and Injunctive Relief and for Damages (Doc. 210) ("SAC"). In the Joint Motion, the Parties propose a briefing schedule for Responding Defendants' responses to the SAC and Plaintiffs' responses to any motions to dismiss or other responses from Responding Defendants. For the reasons stated therein and for good cause shown, the Joint Motion is **GRANTED**.

The Court hereby **ORDERS** as follows:

---

[1] The Docket reflects that Plaintiffs have not filed a return of summons executed as to the following Defendants named in this case; and this Order, therefore, does not apply to those Defendants: Marteka Georga, in her individual capacity and official capacity as Inmates' Services Director at Irwin County Detention Center ("ICDC"); Mia Mines, in her individual capacity and official capacity as ICDC officer; William Rabiou, in his individual capacity and official capacity as ICDC officer; "FNU" Hughes, in her individual capacity and official capacity as ICDC officer; "FNU" Smith, in her individual capacity and official capacity as ICDC officer; "FNU" Coney, in her individual capacity and official capacity as ICDC officer; "FNU" Hanes, in his individual capacity and official capacity as ICDC officer; "FNU" Faison, in her individual capacity and official capacity as ICDC officer; "FNU" Battle, in her individual capacity and official capacity as ICDC officer; "FNU" Vaughn, in her individual capacity and official capacity as ICDC officer; "FNU" Scott, in her individual capacity and official capacity as ICDC officer; "FNU" Slack, in her individual capacity and official capacity as ICDC officer; Unknown ICDC Officers ##1-X, in their individual and official capacities. By separate order, the Plaintiffs shall be required to show service of summons on the above defendants.

1.      Responding Defendants shall file any answers, motions to dismiss, or other responses to the SAC on or before **Monday, January 23, 2023**.

2.      Plaintiffs shall file any responses to any motions to dismiss, or other responses filed by Responding Defendants' to the SAC on or before **Monday, February 20, 2023**.

3.      Responding Defendants may file any reply briefs on or before **Monday, March 20, 2023.**

**SO ORDERED**, this 19th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
