IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO: 7:20-cv-224 (WLS) |
| THOMAS P. GILES, *et al.*, | : | |
| Defendants. | : | |

### ORDER

Before the Court is the Motion to File Consolidated Response Brief (Doc. 251) ("Motion") filed on behalf of Plaintiffs in which the Plaintiffs request permission to file one response (limited to ninety pages) to the seven motions to dismiss filed by the various defendants in this case (Docs. 231, 227, 232, 233, 234, 235, 242).[1]

Plaintiffs' represent that they have conferred with Defendants on the Motion, including the page limit proposed. Of the affected Defendants, only Irwin County Detention Center, LaSalle Southeast LLC, and David Paulk have indicated to Plaintiffs that they oppose the motion. Plaintiffs' responses to the seven motions are due February 22, 2023.

Based on the foregoing, the Court hereby **ORDERS** that any Defendant who opposes Plaintiffs' Motion to file one response (limited to ninety pages) to the seven motions to dismiss (Docs. 231, 227, 232, 233, 234, 235, 242)[2] shall file its objections, and the basis therefore, **immediately**, but no later than Tuesday, February 21, 2023.

**SO ORDERED**, this 17th day of February 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] There are now eight motions to dismiss as Marteka George filed a motion to dismiss on February 16, 2023 (Doc. 252).

[2] The motion to dismiss filed by Marteka George, or any other motions to dismiss filed after February 16, 2023, are not included in this order.