IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :  CASE NO: 7:20-cv-224 (WLS) |
| | : |
| THOMAS P. GILES, *et al.*, | : |
| | : |
| **Defendants.** | : |
| _____ | : |

### ORDER

Before the Court is the Consent Motion of Defendants Mines and Rabiou for (1) Stipulated Dismissal of Eleven Claims and (2) Stipulated Extension to File Motion to Dismiss as to Two Remaining Claims (Doc. 308) ("Motion"). Therein, Defendants Walkiria Mines and Djibril "William" Rabiou (together "Moving Defendants") seek dismissal, with prejudice, under Federal Rule of Civil Procedure 12(b)(6) of eleven claims (*i.e.*, Counts 2-3, 5-6, and 11-17 ("Eleven Claims")), inclusive, asserted or potentially asserted against them in the Second Amended Complaint (Doc. 210) ("SAC"); and (2) extension to August 3, 2023, of their deadline to file, under Federal Rule of Civil Procedure 12(b)(6), a motion to dismiss the two remaining claims (*i.e.*, Counts 4 and 9). The Plaintiffs' Response to Consent Motion of Defendants Mines and Rabiou (Doc. 308) ("Response") (Doc. 311), was filed July 19, 2023. Therein, Plaintiffs' advised the Court that they consent to the relief requested in the Motion.[1]

Accordingly, the Court finds that the Motion (Doc. 308) should be, and hereby is, **GRANTED**, as follows:

1. Plaintiffs' claims contained in Counts 2-3, 5-6, and 11-17, inclusive, of the Second Amended Complaint, are **DISMISSED, WITH PREJUDICE**, as to Defendants

---

[1] In their Motion, the Moving Defendants represented that counsel for Plaintiffs had reviewed and consented to the Motion. However, the Court noted that the Plaintiffs had not signed the Motion. While representations as to a parties' agreement to non-dispositive matters such as continuances are routinely accepted without a parties' signature, the Court requires a clear record as to dispositive motions. An Order (Doc. 309) was entered indicating that Plaintiffs' response, or lapse of the response period, was required before the Motion could be considered ripe for consideration.

Walkiria Mines and Djibril "William" Rabiou only. Said claims shall remain in effect as asserted against all other Defendants in this action pending further order of this Court.

    2.    The Defendants Walkiria Mines and Djibril "William" Rabiou, are granted an extension to August 3, 2023, to file an answer or otherwise respond to the remaining claims filed against them as contained in Counts 4 and 9 of the Second Amended Complaint.

**SO ORDERED**, this 21st day of July 2023.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**