IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **YANIRA YESENIA OLDAKER**, *et al.*, : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **THOMAS P. GILES,** *et al.*, : <br> : <br> **Defendants.** : <br> _____ | CASE NO: 7:20-cv-224 (WLS) |

## **ORDER**

By Order (Doc. 305) entered May 4, 2023, the Court continued the stay of discovery in this case due to ongoing criminal investigation concerning the same alleged violations as those alleged by Plaintiffs in this action. The Order further required that on or before August 2, 2023, the Official Capacity Federal Defendants were to file a statement in the record updating the Court as to whether the criminal and internal investigations are still ongoing and, to the extent Counsel is able, provide an estimate of when the investigations will be concluded. (Doc. 305 at 2-3.) The Official Capacity Federal Defendants timely filed a Status Report on Stay of Proceedings [ECF No. 305] (Doc. 314) ("Status Report and Motion"), explaining that:

> As of July 28, 2023, United States Attorneys and other federal civil rights investigators continue to investigate the allegations in this lawsuit, to determine whether any criminal conduct, including criminal civil rights violations, occurred. Counsel for Federal Defendants have been informed that the criminal investigation remains ongoing. Because of the nature of such investigations, Counsel have been unable to obtain an estimate of when the investigation will end or when discovery in this case will no longer interfere with the investigation.

(Doc. 314 at 2.) The Official Capacity Federal Defendants request that the discovery stay remain in effect for an additional ninety (90) days through and including October 31, 2023, at which time, they will provide an additional status report to the Court. Although not titled as a motion, other Parties to this action are entitled to time to respond to the Official Capacity Federal Defendants' requested relief.

Accordingly, it is hereby **ORDERED** that any Parties who wish to object to the requested extension of the stay shall file a response on or before **Thursday, August 10, 2023**.

Such response shall include detailed analysis and briefing as to why the ongoing criminal and internal investigations are an insufficient basis on which to continue the discovery stay in this case. Replies to any responses shall be filed on or before **Thursday, August 17, 2023**.

    **SO ORDERED**, this 3rd day of August 2023.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**