IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **YANIRA YESENIA OLDAKER**, *et al.*, | : |
| | : |
|     **Plaintiffs,** | : |
| | : |
| v. | :   **CASE NO: 7:20-cv-224 (WLS)** |
| | : |
| **THOMAS P. GILES**, *et al.*, | : |
| | : |
|     **Defendants.** | : |

## ORDER

By Order (Doc. 305) entered May 4, 2023, the Court continued the stay of discovery in this case due to ongoing criminal investigation concern the same alleged violations as those alleged by Plaintiffs in this action. The Order further required that on or before August 2, 2023, the Official Capacity Federal Defendants were to file a statement in the record updating the Court as to whether the criminal and internal investigations are still ongoing and, to the extent Counsel is able, provide an estimate of when the investigations will be concluded. (Doc. 305 at 2-3.) The Official Capacity Federal Defendants timely filed a Status Report, explaining that:

> As of July 28, 2023, United States Attorneys and other federal civil rights investigators continue to investigate the allegations in this lawsuit, to determine whether any criminal conduct, including criminal civil rights violations, occurred. Counsel for Federal Defendants have been informed that the criminal investigation remains ongoing. Because of the nature of such investigations, Counsel have been unable to obtain an estimate of when the investigation will end or when discovery in this case will no longer interfere with the investigation.

(Doc. 314 at 2.) The Official Capacity Federal Defendants request that the discovery stay remain in effect for an additional ninety (90) days through and including October 31, 2023, at which time, they will provide an additional status report to the Court. The Court ordered that any Parties who wish to object to the requested extension do so by August 10, 2023. (Doc. 316.) Responses were filed by the Plaintiffs (Doc. 317) and Defendants Walkiria Mines and Djibril "William" Rabiou (Doc. 318), who all stated that they do not oppose the requested stay.

Accordingly, for good shown this case and all pending deadlines are hereby **STAYED** until **Tuesday, October 31, 2023**, unless otherwise ordered by the Court. By the same date, the Official Capacity Federal Defendants **SHALL** file a Status Report and, if applicable, shall explain the appropriateness of an extension of the stay. Any responses to such status report shall be filed within seven (7) days of the date such Status Report is filed.

**SO ORDERED**, this 11th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
