IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO: 7:20-cv-224 (WLS) |
| | : | |
| THOMAS P. GILES, et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER

This matter is before the Court, *sua sponte*, for purposes of correcting the Order (Doc. 319) entered August 11, 2023. That Order was intended to stay only discovery in this case, but incorrectly stayed this case and all pending deadlines until October 31, 2023.

Therefore, the first full paragraph on page 2 of the Order is amended to read:

Accordingly, for good shown **discovery** of this case shall be, and hereby is, **STAYED** until **Tuesday, October 31, 2023**, unless otherwise ordered by the Court. By the same date, the Official Capacity Federal Defendants **SHALL** file a Status Report and, if applicable, shall explain the appropriateness of an extension of the discovery stay. Any responses to such status report shall be filed within seven (7) days of the date such Status Report is filed.

The remainder of the Court's Order (Doc. 319) shall remain unchanged.

**SO ORDERED**, this 17th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**