IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **YANIRA YESENIA OLDAKER**, *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **CASE NO: 7:20-cv-224 (WLS)** |
| : | |
| **THOMAS P. GILES,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____ : | |

## ORDER

By Order (Doc. 329) ("Order Correcting Caption") entered September 30, 2023, the Court granted the Plaintiffs' Motion to Correct Names of Defendants and Add/Drop Parties (Doc. 244) ("Motion to Correct"). The Order Correcting Caption required Plaintiffs to correct, add and/or drop the names of the Defendants as requested in the Motion to Correct.

Apparently in an attempt to comply with the Court's requirement to add and/or drop the names of the Defendants, Plaintiffs filed a Consolidated Third Amended Class Action Complaint for Declaratory and Injunctive Relief and for Damages (Doc. 330) ("Third Amended Complaint"). The Plaintiffs were not authorized to file an amended complaint. The Court recognizes that the Order Correcting Caption should have directed the Clerk to amend the caption and to that extent, it amends the Order Correcting Caption.

Accordingly, it is hereby **ORDERED** that:

1. The Third Amended Complaint (Doc. 330) be and hereby is stricken from the record.
2. The Clerk is directed to make the following amendments to the Defendants' names in the caption of this case:
   a. Correct "Mia Mines" to "Walkiria Mines a.k.a. Mia Mines;"
   b. Correct "William Rabiou" to "Djibril Rabiou a.k.a. William Rabiou."
   c. Drop the names of the seven "FNU" defendants sued in their individual and official capacities;
   d. Add the full names of those seven "FNU" Defendants as follows:

1

  i) Taura Amber Hughes, in her individual capacity;

  ii) Latoshia Coney, in her individual capacity and official capacity as an ICDC officer;

  iii) Nadine Faison, in her individual capacity;

  iv) Major Coretta Battle, in her individual capacity and official capacity as an ICDC officer;

  v) Janet Vaughn, in her individual capacity and official capacity as an ICDC officer;

  vi) Shannon Scott, in her individual capacity; and

  vii) Lieutenant Cheryl Slacks, in her individual capacity.

3. Add the United States of America as a Defendant.

4. The remainder of the Order Correcting Caption, including all deadlines set forth therein, and all findings and rulings on the Motion to Reconsider (Doc. 228), Motion to Correct (Doc. 244), and Motion to Extend (Doc. 247), shall remain in effect.

**SO ORDERED**, this 16th day of October 2023.

             /s/ W. Louis Sands
             **W. LOUIS SANDS, SR. JUDGE**
             **UNITED STATES DISTRICT COURT**