IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER, et al., | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | CASE NO: 7:20-cv-224 (WLS) |
| | : | |
| THOMAS P. GILES, et al., | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

Presently before the Court is Plaintiffs' Notice of Voluntary Dismissal of Defendants Faison and Scott Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 336) ("Notice"), filed November 1, 2023. Therein, Plaintiffs dismiss, without prejudice, all claims against Defendants Nadine Faison and Shannon Scott pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[i] Neither Defendant Faison nor Scott has served an answer or motion for summary judgment in this action.

For the purpose of completing the record, the Court acknowledges and **CONFIRMS** Plaintiffs' Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE** as to Defendants Faison and Scott. Plaintiffs shall pay their own costs and fees associated with this dismissal and shall recover nothing of Defendants Faison or Scott.

**SO ORDERED**, this 2nd day of November 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[i] FED. R. CIV. P. 41(a)(1)(A)(i) provides:
    (a) Voluntary Dismissal.
        (1) By the Plaintiff.
            (A). . . [T]he Plaintiff may dismiss an action without a court order by filing:
                (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]