IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **YANIRA YESENIA OLDAKER**, et al., : <br> : <br> **Plaintiffs,** : <br> v. : <br> **THOMAS P. GILES**, et al., : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO: 7:20-cv-224 (WLS)** |

## ORDER

By Order (Doc. 347) entered November 16, 2023, the Court granted Plaintiffs' Second Motion for Extension of Time to Serve Defendant Vaughn (Doc. 346) ("Motion") filed November 15, 2023, giving Plaintiffs until Wednesday, November 29, 2023, in which to complete service of the Plaintiffs' Second Amended Complaint (Doc. 210) on Defendant Janet Vaughn ("Vaughn"). The Order further required the Plaintiffs to file proof of such service on or before December 6, 2023, and provided that no additional extensions for service would be granted except to prevent manifest injustice upon timely written motion for good cause shown, upon grounds not reasonably foreseeable or avoidable by movant.

To date, the docket does not reflect that Plaintiffs filed notices that service of process has been properly executed on Vaughn nor that service was waived.

Accordingly, the Court **ORDERS** Plaintiffs to show cause no later than **Monday, December 18, 2023**, why the Second Amended Complaint (Doc. 210) should not be dismissed as to Vaughn for failure to serve Defendant Vaughn. Plaintiffs are hereby noticed that failure to respond to this Order will subject this case to dismissal, without prejudice, as to Defendant Vaughn without further notice or proceeding.

**SO ORDERED**, this 13th day of December 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**