IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **YANIRA YESENIA OLDAKER**, *et al.*, :<br>      **Plaintiffs**, :<br>  v. :<br>**THOMAS P. GILES,** *et al.*, :<br>      **Defendants.** : | **CASE NO: 7:20-cv-224 (WLS)** |

### ORDER

This Order provides notice of a change in the public access to this case docket. This action was filed on November 9, 2020, as a hybrid habeas/civil action. (Doc. 1) On December 21, 2020, Plaintiffs filed a "Consolidated Amended Petition for Writ of Habeus Corpus and Class Action Complaint for Declaratory and Injunctive Relief and for Damages" (Doc. 54). Plaintiffs, with leave of the Court, filed a "Consolidated Second Amended Class Action Complaint for Declaratory and Injunctive Relief and for Damages" ("SAC") (Doc. 210) on December 1, 2022.

Public access to habeas petitions is restricted. The Parties are hereby notified that because the habeas nature of this case is no longer at issue, as of Monday, April 1, 2024, the public access restriction was removed for all documents filed in this case from that date going forward.

The Parties are further notified that the public access restriction will be lifted for documents filed prior to April 1, 2024, unless the Parties promptly notify the Court of any matter filed under seal and/or otherwise restricted that should remain so.

Accordingly, on or before **Wednesday, May 1, 2024**, the Parties shall notify the Court in writing of any matter filed under seal and/or otherwise restricted from public access that should remain sealed and/or restricted. The public access restriction will be lifted as to any matters the Court is not timely notified in writing to keep sealed and/or restricted from public access.

2

The Clerk of Court, or his deputy, is **DIRECTED** to serve this Order on counsel for all Parties to this action, including terminated Defendants.

**SO ORDERED**, this 4th day of April 2024.

<u>/s/  W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**