IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER et. al., | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:20-CV-224 (WLS) |
| THOMAS P. GILES, *et al.* | : |
| Defendants. | : |

## **ORDER**

On April 4, 2024, the court ordered the Parties to notify the Court in writing of any matter filed under seal and/or otherwise restricted from public access that should remain sealed and/or restricted." (Doc. 364). Instead, on May 1, 2024, Defendant United States of America ("Defendant"), asked the Court to grant them thirty (30) days additional time to "properly evaluate the affected filings, apply redactions, and file a motion to replace those documents on the docket before the court lifts the public access restriction."

For good cause shown, the Court hereby **EXTENDS** the deadline for Defendant to respond to the Court's Order for thirty (30) days. The Defendant's Response is therefore due later than **Monday, June 3, 2024**.

**SO ORDERED**, this 2nd day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**