IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER et. al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO: 7:20-CV-224 (WLS) |
| THOMAS P. GILES, *et al.* : | |
| : | |
| Defendants. : | |
| _____ : | |

## **ORDER**

On April 4, 2024, the Court notified the Parties that the public access restriction will be lifted for all documents filed prior to April 1, 2024, unless the Parties notified the Court of any matters filed under seal and/or otherwise restricted that should remain so. (Doc. 364) Both Parties have responded to the Order. (Docs. 369 & 378).

Plaintiff requests that documents 41, 59, 153, & 158 remain under seal. Document 41 is a motion to file declaration from 20 non-parties under a pseudonym and under seal. Documents 59, 153 & 158 relate to Plaintiff's Motion to Seal (Doc. 59) which the Court granted. Defendant United States of America ("Defendant") does not object to these documents remaining under seal.

The Court finds that there is good cause for documents 41, 59, 153 & 158 to remain restricted from public access and to remain under seal. Accordingly, the clerk is **DIRECTED** to lift the public access restriction on the above captioned case. However, the clerk is **ORDERED TO SEAL** documents 41, 59, 153 & 158, until further order of the Court.

**SO ORDERED**, this 20th day of June 2024.

                                                     /s/ W. Louis Sands
                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**