IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER et. al., | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO: 7:20-CV-224 (WLS) |
| THOMAS P. GILES, *et al.* | : | |
| Defendants. | : | |

## **ORDER**

The Parties in the above-captioned case attended the Court's pretrial conference on August 27, 2024. At the conference, the Parties advised that they are amenable to mediation. In light of the Parties' request and United States Magistrate Judge Thomas Q. Langstaff's availability, the Court hereby refers the above-captioned case for mediation with Judge Langstaff and **ORDERS** the Parties to schedule a mediation no later than **sixty (60) days** from the date of this Order.

The Parties are instructed to mediate in good faith and promptly communicate to the Court the results of the mediation. An executive, officer, representative, agent, or individual with final decision making authority for each party shall be present at and available to participate in the mediation.

**SO ORDERED**, this 11th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**