**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | **7 : 20-CV-224 (WLS)** |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

# ORDER

Counsel for Plaintiffs and counsel for Defendant are hereby **ORDERED and DIRECTED** to identify lead counsel for **each** Plaintiff and for Defendant for purposes of a possible mediation. The identified lead counsel must be counsel of record for the party, i.e., must be properly recorded on the Court's docket as counsel for that party. Counsel must include contact information for lead counsel in its response to this Order. Counsel must respond to this Order by **September 16, 2024**.

**SO ORDERED**, this 12th day of September, 2024.

s/ *Thomas Q. Langstaff*
**UNITED STATES MAGISTRATE JUDGE**