**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

YANIRA YESENIA OLDAKER, *et al.*,

    *Plaintiffs*,

      v.

                                  Case No.: 7:20-cv-00224-WLS-MSH

THOMAS P. GILES, *et al.*,

    *Defendants*.

**<u>PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT TO ADD FTCA CLAIMS
FOR PLAINTIFFS PAULINE BINAM AND DANIELA CHAVEZ MORALES
(PREVIOUSLY IDENTIFIED AS JANE DOE #25)</u>**

Pursuant to Federal Rule of Civil Procedure 15, the fifteen Plaintiffs in the above-captioned matter submit this Motion to Amend the Complaint to Add Federal Torts Claims Act ("FTCA") Claims on behalf of Plaintiffs Pauline Nadege Binam and Daniela Elisa Chavez Morales (previously identified as Jane Doe #25). Defendant United States Government does not consent to this motion.

Along with a Memorandum of Law in Support of this Motion, Plaintiffs attach a Proposed Amended Complaint ("PAC") and the FTCA administrative complaints for Plaintiffs Binam and Chavez Morales that were filed more than 180 days ago and to which the administrative agencies have not responded.[1] For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court GRANT leave to amend.

---

[1] Pursuant to the Consent Protective Order entered in this case, Doc. 395, confidential medical information has been redacted from the docket filings of Plaintiffs Binam and Chavez Morales' FTCA administrative complaints. Unredacted copies are being provided to counsel for Defendant and the Court.

Respectfully submitted, this 22nd day of October 2024.

*/s/ David N. Dreyer* (by consent)
David N. Dreyer
GA Bar No. 411322
**Washington, Dreyer & Associates LLC**
260 Peachtree Street, Suite 1600
Atlanta, GA 30303
Tel: (404) 437-6641
david@washingtondreyer.com

*/s/ Elora Mukherjee* (by consent)
Elora Mukherjee (admitted *pro hac vice*)
NY Bar No. 4427233
**Morningside Heights Legal Services, Inc.**
435 West 116th Street, Room 831
New York, NY 10027
Tel: (203) 668-2639
emukherjee@law.columbia.edu

*/s/ Sarah Sherman-Stokes* (by consent)
Sarah Sherman-Stokes
(admitted *pro hac vice*)
**Immigrants' Rights and Human
Trafficking Program
Boston University School of Law**
765 Commonwealth Avenue
Boston, MA 02215
(617) 358-6272
sstokes@bu.edu

*/s/ Clare Norins*
Clare Norins
Georgia Bar No. 575364
cnorins@uga.edu
**First Amendment Clinic
University of Georgia School of Law**
Post Office Box 388
Athens, Georgia 30603
(706) 542-1419
cnorins@uga.edu

*/s/ Yulie Landan* (by consent)
Yulie Landan
California Bar No. 348958
Sirine Shebaya
DC Bar No. 1019748
Matthew S. Vogel+
LA Bar No. 35363
(all admitted *pro hac vice*)
**National Immigration Project of the
National Lawyers Guild (NIPNLG)**
1201 Connecticut Ave NW
Suite 531 #896645
Washington, DC 20036
(202) 656-4788
yulie@nipnlg.org
sirine@nipnlg.org
matt@nipnlg.org

/s/ *Justin B. Cox* (by consent)
Justin B. Cox
Georgia Bar No. 748945
**National Immigration Project of the National
Lawyers Guild (NIPNLG)**
P.O. Box 1106
Hood River OR 97031
(541) 716-1818
jcox@nipnlg.org

*/s/ Sabrineh Ardalan* (by consent)
Sabrineh Ardalan
(admitted *pro hac vice*)
**Harvard Immigration and Refugee Clinical
Program**
6 Everett Street, WCC 3103
Cambridge, MA 02138
(617) 384-7504
sardalan@law.harvard.edu

2

*s/ Fatma Marouf* (by consent)
Fatma Marouf
Immigrant Rights Clinic
**Texas A&M School of Law**
307 W. 7th St. Suite LL50
Fort Worth, TX 76102
(817) 212-4123
fatma.marouf@law.tamu.edu

*/s/ Azadeh Shahshahani* (by consent)
Azadeh Shahshahani
Priyanka Bhatt
**Project South**
9 Gammon Ave SE
Atlanta, Georgia 30315
(404) 622-0602
azadeh@projectsouth.org

*/s/ Jason A. Cade* (by consent)
Jason A. Cade
Georgia Bar No. 628870
Kristen E. Shepherd
Georgia Bar No. 789624
**Community Health Law Partnership**
**University of Georgia Law School**
P.O. Box 1761
Athens, Georgia 30603
(706) 227-5333
cadej@uga.edu
shepherdk@uga.edu

+Not admitted in DC; working remotely from and admitted in Louisiana only

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, I uploaded the foregoing, along with all attachments thereto, to this Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

Dated: October 22, 2024                    Respectfully submitted,

                                           */s/ Clare Norins*
                                           Clare Norins
                                           Georgia Bar No. 575364