IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER et. al., : <br> : <br> Plaintiffs, : <br> : <br> v.                                      : <br> : <br> THOMAS P. GILES, *et al.*            : <br> : <br> Defendants.                         : <br> _____ : | CASE NO: 7:20-CV-224 (WLS) |

## **ORDER**

Before the Court is Plaintiff's Motion to Amend/Correct (Doc. 398) their Second Amended Complaint ("the Motion") (Doc. 210). Defendant United States of America is **ORDERED** to file a response to the Motion no later than **Friday, October 25, 2024, at 12:00 P.M.**.

**SO ORDERED**, this 23rd day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**