IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YANIRA YESENIA OLDAKER et. al.,      :
                                     :
          Plaintiffs,                :
                                     :
     v.                              :      CASE NO: 7:20-CV-224 (WLS)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
          Defendants.                :
_____      :

## ORDER

On October 28, 2024, the Parties submitted a status report regarding discovery requests as ordered by the Court's Scheduling and Discovery Order (Doc. 383). Therein, the Parties relay that they have conferred as required but have not reached an agreement. In light of the mediation scheduled this week, the Court finds that additional time to submit the status report is appropriate. Thus, the Parties are **ORDERED** to confer and advise the Court as to the number of interrogatories, requests for production, and requests for admission that each Plaintiff will be allowed to serve on the Defendant **no later than Tuesday, November 12, 2024.** If there is no agreement, the Parties shall provide their individualized responses and proposals.

**SO ORDERED**, this 28th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**