IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YANIRA YESENIA OLDAKER et. al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO: 7:20-CV-224 (WLS) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER

The Court has received notice from United States Magistrate Judge Thomas Q. Langstaff that the Parties have reached a settlement agreement in the case. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing no later than **Friday, January 3, 2025,** or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 4th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**