IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YANIRA YESENIA OLDAKER et. al.,        :
                                       :
        Plaintiffs,                    :
                                       :
    v.                                 :        CASE NO: 7:20-CV-224 (WLS)
                                       :
UNITED STATES OF AMERICA,              :
                                       :
        Defendants.                    :
_____      :

## **ORDER**

The Court recently entered an order for the Parties to file the necessary dismissal document(s) in writing no later than **Friday, January 3, 2025,** or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. This Order is to clarify that all pending deadlines in the case are **SUSPENDED** until **Friday, January 3, 2025**, or as otherwise ordered by the Court.

**SO ORDERED**, this 5th day of November 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**