IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YANIRA YESENIA OLDAKER, *et al.*,      :
                                       :
         Plaintiffs,                   :
                                       :
v.                                     :
                                       :     CASE NO:  7:20-cv-224-WLS
UNITED STATES OF AMERICA               :
                                       :
         Defendant.                    :
                                       :
_____

### ORDER

By Order (Doc. 383) entered August 30, 2024, a telephonic status conference to discuss the second and third phases of discovery in this case was scheduled for Tuesday, January 28, 2025 at 3:30 p.m. Due to the settlement of this case, such conference is no longer necessary.

Accordingly, the status conference is **CANCELLED**.

**SO ORDERED**, this 8th day of November 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**