IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Case No. 7:20-cv-00224-WLS-TQL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and per the terms of the Parties' executed settlement agreements, the Parties to this action hereby stipulate as follows:

1. On November 9, 2020, Plaintiffs filed this action for personal injuries relating to medical care and treatment provided to Plaintiffs at Irwin County Detention Center in Irwin County, Georgia.

2. In November 2024, the Parties hereto entered into a settlement compromising Plaintiffs' claims under the Federal Tort Claims Act.

3. The above captioned lawsuit is voluntarily dismissed with prejudice, subject to the Plaintiffs' right to reopen within 90 days to enforce the terms of the agreement.

4. A proposed Order of Dismissal is included.


Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Marie A. Moyle*
MARIE A. MOYLE
Assistant United States Attorney
Florida Bar No. 1003498
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Fax: 850-942-8466
Email: marie.moyle@usdoj.gov
Special AUSA Acting Under Authority
Conferred by 28 U.S.C. § 515
Counsel for the United States of America


/s/ *David N. Dreyer* (by consent)

David N. Dreyer
GA Bar No. 411322
Michael T. Sterling
GA Bar No. 745667
**Dreyer Sterling, LLC**
437 Memorial Dr., SE, Ste. A-2
Atlanta, GA 30312
Tel: (404) 234-4447
david@dreyersterling.com
michael@dreyersterling.com


*/s/ Yulie Landan*
Yulie Landan
California Bar No. 348958
Sirine Shebaya
DC Bar No. 1019748
Matthew S. Vogel+
Louisiana Bar No. 35363
(all admitted *pro hac vice*)
**National Immigration Project of the National Lawyers Guild (NIPNLG)**
1201 Connecticut Ave NW
Suite 531 #896645
Washington, DC 20036
(202) 656-4788
yulie@nipnlg.org
sirine@nipnlg.org
matt@nipnlg.org

/s/ *Justin B. Cox* (by consent)
Justin B. Cox
Georgia Bar No. 748945
**National Immigration Project of the National Lawyers Guild (NIPNLG)**
P.O. Box 1106
Hood River OR 97031
(541) 716-1818
jcox@nipnlg.org

/s/ *Elora Mukherjee* (by consent)
Elora Mukherjee (admitted *pro hac vice*)
NY Bar No. 4427233
**Morningside Heights Legal Services, Inc.**
435 West 116th Street, Room 831
New York, NY 10027
(203) 668-2639
emukherjee@law.columbia.edu

/s/ *Sarah Sherman-Stokes* (by consent)
Sarah Sherman Stokes (admitted *pro hac vice*)
**Immigrants' Rights and Human Trafficking Program**
**Boston University School of Law**
765 Commonwealth Avenue
Boston, MA 02215
(617) 358-6272
sstokes@bu.edu

/s/ *Clare Norins* (by consent)
Clare Norins
Georgia Bar No. 575364
**First Amendment Clinic**
**University of Georgia School of Law**
Post Office Box 388
Athens, Georgia 30603
(706) 542-1419
cnorins@uga.edu

/s/ *Fatma Marouf* (by consent)
Fatma Marouf
Immigrant Rights Clinic
**Texas A&M School of Law**
307 W. 7th St. Suite LL50
Fort Worth, TX 76102
(817) 212-4123
fatma.marouf@law.tamu.edu

/s/ *Sabrineh Ardalan* (by consent)
Sabrineh Ardalan (admitted *pro hac vice*)
**Harvard Immigration and Refugee Clinical Program**
6 Everett Street, WCC 3103
Cambridge, MA 02138

(617) 384-7504
sardalan@law.harvard.edu

/s/ *Jason A. Cade* (by consent)
Jason A. Cade
Georgia Bar No. 628870
Kristen E. Shepherd
Georgia Bar No. 789624
**Community Health Law Partnership**
**University of Georgia Law School**
P.O. Box 1761
Athens, Georgia 30603
(706) 227-5333
cadej@uga.edu
shepherdk@uga.edu

/s/ *Azadeh Shahshahani* (by consent)
Azadeh Shahshahani
Priyanka Bhatt
**Project South**
9 Gammon Ave SE
Atlanta, Georgia 30315
(404) 622-0602
azadeh@projectsouth.org

*Counsel for Plaintiffs*
+Not admitted in DC; working remotely from and admitted in Louisiana only