IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Case No. 7:20-cv-00224-WLS-TQL |

### [~~PROPOSED~~] wsl ORDER OF DISMISSAL

Based on the Parties' Stipulated Motion to Dismiss, ECF No. 410, and good cause appearing,

**IT IS ORDERED** that this matter is dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs incurred, and that Plaintiffs retain the right to reopen within 90 days to enforce the terms of the agreement.

Date: 1/23/25

W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT

1