IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YANIRA YESENIA OLDAKER, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:20-CV-224 (WLS-ALS) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of January, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk